# Court of Appeals
# of the State of Georgia

ATLANTA,  November 23, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0102. ROBERT ROSEMAN v. T & W SERVICES, INC.**

Robert Roseman filed an action for the recovery of the value of personal property against T & W Services, Inc. ("T & W") in magistrate court. The magistrate court ruled in T & W's favor, and Roseman appealed to superior court. The superior court then entered a judgment in favor of T & W on September 29, 2020. Roseman filed this application for discretionary review on October 30, 2020. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Roseman's application was untimely filed 31 days after entry of the order he seeks to appeal. Consequently, Roseman's application for discretionary review is hereby DISMISSED for lack of jurisdiction. See *Boyle*, 190 Ga. App. at 734.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/23/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*